In the Matter of MARGARET T. HARRINGTON, Respondent, against MILTON C. JOHNSON COMPANY, Appellant.

Submitted May 17, 1954; decided May 27, 1954.

*Daniel F. Nugent, Jr.,* for motion.

*Sidney Hut* opposed.

Motion granted and all proceedings stayed pending the hearing and determination of the appeal herein.